# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-CV-01062-NONE-JLT<br><br>ORDER AFTER TELEPHONIC DISCOVERY CONFERENCE |

　　　　The Court held a informal conference regarding a discovery dispute over the sufficiency of production of documents and scheduling depositions. At the hearing, counsel were able to resolve their concerns. Thus, the Court **ORDERS**:

　　　　1.　　**No later than May 25, 2021**, the defense **SHALL** produce to plaintiff's counsel via email, the documents responsive to Request #35 or an amendment to the previous response indicating there are no responsive documents;

　　　　2.　　**No later than May 25, 2021**, the defense **SHALL** produce to plaintiff's counsel via email, the training records for the identified officer. This will suffice as the response to Request #36;

　　　　3.　　The plaintiff withdraws Request #41. Instead, the parties will subpoena records from the medical provider;

　　　　4.　　Counsel SHALL make best efforts to schedule the outstanding depositions, so they

1

are completed no later than June 23, 2021.  If, despite their very best efforts to complete these depositions by June 23, 2021 they cannot do so, they may submit a stipulation to amend the case schedule.  In proposing dates, they should preserve the current dispositive motion deadlines and the following dates, if possible.

IT IS SO ORDERED.

Dated: **May 20, 2021**  **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE