# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, *et al*,<br><br>Defendants. | Case No.   1:20-cv-01062JLT-BAK (EPG)<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 43) |

On September 27, 2022, the parties filed a joint stipulation for dismissal with prejudice. (ECF No. 43). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 30, 2022**        /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28